No. 76–1200. CRIST, WARDEN, ET AL. *v.* CLINE ET AL. Appeal from C. A. 9th Cir. [Probable jurisdiction postponed, 430 U. S. 982.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose.

No. 77–240. ST. PAUL FIRE & MARINE INSURANCE Co. ET AL. *v.* BARRY ET AL. C. A. 1st Cir. [Certiorari granted, 434 U. S. 919.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Petitioners also allotted 15 additional minutes for oral argument.

No. 77–444. PENN CENTRAL TRANSPORTATION Co ET AL. *v.* NEW YORK CITY ET AL. Appeal from Ct. App. N. Y. [Probable jurisdiction noted, 434 U. S. 983.] Motions of Pacific Legal Foundation, National Trust for Historic Preservation et al., and Real Estate Board of New York, Inc., for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General to participate in oral argument as *amicus curiae* granted and 15 minutes allotted for that purpose. Appellants also allotted 15 additional minutes for oral argument.

No. 77–653. SWISHER, STATE's ATTORNEY FOR BALTIMORE CITY, ET AL. *v.* BRADY ET AL. Appeal from D. C. Md. [Probable jurisdiction noted, 434 U. S. 963.] Motion of the State Public Defender of California for leave to file a brief as *amicus curiae* granted.

No. 77–6029. PILLON *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 77–891. BEAL, SECRETARY OF WELFARE OF PENNSYLVANIA, ET AL. *v.* FRANKLIN ET AL. Appeal from D. C. E. D. Pa. Probable jurisdiction noted.